# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00646-CR

**Thomas Edward Williams, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR201-263, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Thomas Edward Williams seeks to appeal a judgment of conviction for theft. The trial court has certified that this is a plea-bargain case and Williams has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Further, the district court imposed sentence on July 28, 2014, and because no motion for new trial was filed, the deadline for Williams to file his notice of appeal with the trial court was August 27, 2014. *See id.* R. 26.2. However, Williams did not file his notice of appeal with trial court until October 6, 2014. *See id*. R. 25.1 (providing that appeal is perfected when notice is filed with trial court clerk). Because Williams's notice of appeal was not timely filed, we lack jurisdiction to dispose of his attempted appeal in any manner other than dismissing it for want of jurisdiction. *See Castillo v. State*, 369 S.W.3d 196, 98 (Tex. Crim. App. 2012).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed:   October 24, 2014

Do Not Publish

2